**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Richard Faud El Amin    JOINT DEBTOR: _____    CASE NO.: 16-26362-AJC
Last Four Digits of SS# 0613    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.    $ 1,505.06 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee: $3,650.00         TOTAL PAID: $0.00
                   Balance Due: $3,650.00            payable $365.00/month    (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Select Portfolio Servicing, Inc.,      Arrears on Petition Date: $20,165.71
Address: P.O. Box 65450                    Arrears Payment    $ 130.48/month (Months 1 to 10)
         Salt Lake City, UT 84165-0450     Arrears Payment    $ 377.22/month (Months 11 to 60)
                                           Regular Payment    $ 849.32/month (Months 1 to 60)
Acct. No.: 9817

2. Dade County Federal Credit Union        Payoff on Petition Date: $5,253.96 @ 4.25% = $5,912.88
Address: c/o Robert D. Dunn                Regular Payment    $ 118.26/month (Months 11 to 60)
         8500 SW 92nd St., Ste. 202
         Miami, FL 33156
         State Court Case No.: 12-7460 SP 26

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                      Payable    $_____/month (Months ____ to ____)

Unsecured Creditors:    Pay $9.75/month (Months 1 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor surrenders his interest in the timeshare. Summer Bay Resorts is granted in rem stay relief to pursue its interest in the collateral. Upon discharge, Dade County Federal Credit Union shall record a Satisfaction of Judgment within 30 days of the date of discharge.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____           _____
Debtor                                Joint Debtor
Date: 4-20-17                         Date: _____

LF-31 (rev. 01/08/10)