**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.: 16-26362-AJC |
| Richard Fuad Elamin, | Chapter 13 |
| Debtor._____/ | |

### MOTION TO MODIFY PAYMENT PLAN AND
### CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** the Debtor, Richard Fuad Elamin, by and through undersigned counsel and moves this Honorable Court for an Order Granting Modification of the Debtor's Chapter 13 Plan, and as grounds therefore would show:

1. The Debtor filed the instant bankruptcy on December 9, 2016.

2. The Debtor's Chapter 13 Plan was confirmed by order of this Court on or about June 20, 2017.

3. The Debtor seeks to modify the Chapter 13 Plan to provide for the Notice of Mortgage Payment Change filed by the Creditor on July 31, 2019 and July 27, 2020 and for additional attorney's fees.

**WHEREFORE**, for the above stated reason, Debtor prays this Honorable Court grant this Motion to Modify Payment Plan and grant such other and further relief as this Court may deem just and equitable under the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, has been filed this 18th day of September, 2020, a copy of the foregoing and the accompanying **Notice of Hearing** is being simultaneously mailed to **Nancy K. Neidich,** via NEF**, all creditors** in the attached mailing list and **Debtor** in the instant case via first class mail.

      /s/Gianny Blanco
      FREIRE & GONZALEZ, P.A.
      Attorneys for Debtor
      [ ] Edward Freire, Esq. FBN: 0813771
      [ ] Laila S. Gonzalez, Esq. FBN: 0975291
      [ ] Gianny Blanco,Esq., FBN: 0078080
      10649 North Kendall Drive, Ste. 207
      Miami, FL 33176
      Tel: (305) 826-1774
      Fax: (305) 826-1794
      courtdoc@fgbkc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-26362-AJC<br>Southern District of Florida<br>Miami<br>Fri Sep 18 12:05:41 EDT 2020 | Dade County Federal Credit Union<br>c/o Robert D Dunn, Esq<br>PO Box 160147<br>Miami, FL 33116-0147 | Nissan Motor Acceptance<br>PO BOX 660366<br>Dallas, TX 75266-0366 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bank National Association<br>c/o Gladstone Law Group PA<br>1515 S Federal Hwy #100<br>Boca Raton, FL 33432-7404 | CBE Group<br>131 Tower Park Dr Ste 100<br>POB: 900<br>Waterloo , IA 50704- 0900 |
| Cavalry Portfolio Servoce<br>500 Summit Lake Drive<br>Valhalla , NY 10595-2322 | Credit One Bank<br>POB: 98873<br>Las Vegas , NV 89193-8873 | Dade County FCU<br>1500 NW 107th Ave<br>Doral , FL 33172-2706 |
| Doral Imaging<br>2760 Sw 97th Ave<br>Ste B101<br>Miami , FL 33165-2685 | ERC Direct TV Inc<br>8014 Bayberry Rd<br>Jacksonville, FL 32256- 7412 | Gladstone Law Group<br>1515 S Federal Hwy #100<br>Boca Raton , FL 33432-7404 |
| Jareds Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4601 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego , CA 92123-2255 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| Nissan Motor Acceptance<br>POB : 6600366<br>Dallas , TX 75266- 0366 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Select Portfolio Servicing<br>3217 S Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | Summer Bay Resort<br>25 Town Center Blvd<br>Clermont, FL 34714-4836 |
| U.S. BANK NATIONAL ASSOCIATION<br>c/o Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | Gianny Blanco<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 | Laila S. Gonzalez<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Richard Fuad Elamin<br>15286 SW 178 Terrace<br>Miami, FL 33187-7733 | |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nissan Acceptance Corp                  Portfolio Recovery Associates
7900 Ridgepoint Dr                      120 Corporate Blvd Ste 100
Irving, TX 75063 - 3153                 Norfolk , VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association, as trustee      (u)Miami                          End of Label Matrix
                                                                                     Mailable recipients   25
                                                                                     Bypassed recipients    2
                                                                                     Total                 27
```