**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Richard Fuad Elamin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the Southern District of Florida | |
| Case number. 16-26362-AJC | |

Official Form 410S1

# Notice of Mortgage Payment Change                                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.   See Bankruptcy Rule 3002.1.

**Name of creditor**: U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6 Asset Backed Pass-Through Certificates, Series MO 2006-HE6

**Court claim no.** (if known):  4

**Last four digits** of any number you use to identify the debtor's account:

XXXXXX9817

**Date of payment change:**   05/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,178.05
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $661.15          **New escrow payment:** $636.72

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☒ No
   - ☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** %          **New interest rate:** %

   **Current principal and interest payment:** $          **New principal and interest payment:** $

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:

   **Current mortgage payment:** $          **New mortgage payment:** $

| | |
|---|---|
| Debtor 1   Richard Fuad Elamin | Case number *(if known)* 16-26362-AJC |

| Part 4: | Sign Here |
|---|---|

**The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

❏ I am the creditor.

**X** I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Iris Kwon    FBN 115140  
Signature

**Date**  3/17/2021  
mm/dd/yyyy

**Print:** Iris Kwon

**Title**  Attorney at Law

**Company**    Tromberg, Morris & Poulin, PLLC

**Address**    1515 South Federal Highway, Suite 100  
Boca Raton, FL 33432

**Contact phone**    561-338-4101

**Email**  ikwon@tmppllc.com

Official Form 410S1                       **Notice of Mortgage Payment Change**                       page 2





March 12, 2021

RICHARD FUAD ELAMIN
15286 SW 178TH TER
MIAMI, FL 33187-0000

**Account Number:**
**Property Address:** 15286 SW 178TH TER
MIAMI, FL 33187

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

SPS reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 05/01/2021) | Change |
|---|---|---|---|
| **Principal and Interest** | $541.33 | $541.33 | |
| **Regular Escrow Payment** | $567.45 | $572.25 | $4.80 |
| **Monthly Shortage Payment** | $93.70 | $64.47 | $-29.23 |
| **Total Payment** | | $1,178.05 | $-24.43 |

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 05/01/2021) | Change |
|---|---|---|---|
| Tax Disbursements | $2,604.90 | $2,662.56 | $57.66 |
| Hazard Insurance Disbursements | $4,204.40 | $4,204.40 | $0.00 |
| **Total Annual Escrow Disbursements** | $6,809.30 | $6,866.96 | $57.66 |
| **Monthly Escrow Payment** | $567.45 | $572.25 | $4.80 |
| **Monthly Shortage Payment** | $93.70 | $64.47 | $-29.23 |

See reverse side



B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Shortage** – The actual beginning balance on your account in Tables 3 and 4 is $1,512.71. According to the projections shown in Tables 3 and 4, your required beginning balance should be $3,059.90.

Your total shortage is $1,547.19, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $3,059.90 - $1,512.71 = $1,547.19. We will collect the total amount over 24 months at $64.47 per payment.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-12,908.91 |
| September 2020 | | 567.45 | 0.00 E | 0.00 | 0.00 | -12,908.91 |
| October 2020 | | 567.45 | 0.00 E | 0.00 | 0.00 | -12,908.91 |
| November 2020 | COUNTY TAX | 567.45 | 8,824.38 E | 2,604.90 | 2,662.56 * | -6,747.09 |
| December 2020 | | 567.45 | 0.00 E | 0.00 | 0.00 | -6,747.09 |
| January 2021 | | 567.45 | 0.00 E | 0.00 | 0.00 | -6,747.09 |
| February 2021 | | 567.45 | 1,188.24 E | 0.00 | 0.00 | -5,558.85 |
| March 2021 | | 567.45 | 6,410.41 E | 0.00 | 0.00 | 851.56 |
| April 2021 | | 567.45 | 661.15 E | 0.00 | 0.00 E | 1,512.71 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $1,512.71 | $3,059.90 |
| May 2021 | | 572.25 | 0.00 | 2,084.96 | 3,632.15 |
| June 2021 | HAZARD INS | 572.25 | 4,204.40 | -1,547.19 | 0.00** |
| July 2021 | | 572.25 | 0.00 | -974.94 | 572.25 |
| August 2021 | | 572.25 | 0.00 | -402.69 | 1,144.50 |
| September 2021 | | 572.25 | 0.00 | 169.56 | 1,716.75 |
| October 2021 | | 572.25 | 0.00 | 741.81 | 2,289.00 |
| November 2021 | COUNTY TAX | 572.25 | 2,662.56 | -1,348.50 | 198.69 |
| December 2021 | | 572.25 | 0.00 | -776.25 | 770.94 |
| January 2022 | | 572.25 | 0.00 | -204.00 | 1,343.19 |
| February 2022 | | 572.25 | 0.00 | 368.25 | 1,915.44 |
| March 2022 | | 572.25 | 0.00 | 940.50 | 2,487.69 |
| April 2022 | | 572.25 | 0.00 | 1,512.75 | 3,059.94 |

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notice of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| **General Correspondence** | **Payment Remittance** | **Notice of Error/Information Request** |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective.  If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.  You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side

See reverse side

**This section is left intentionally blank**

Cut along dotted line

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT COUPON ON BACK**
**HAS YOUR ADDRESS CHANGED?** IF SO, PLEASE COMPLETE THIS FORM

Mailing Address:_____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____

Account Number(s): ███████

**All Borrowers' Signatures Required For Address Change**

_____    _____
Borrower's Signature                                              Co-Borrower's Signature

**This section is left intentionally blank**

- - - - - - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - - - - -

Pursuant to the escrow analysis above, SPS will be increasing the monthly payment by $64.47 to collect for the escrow shortage.

If you would like to make a payment towards your escrow account, you may submit your payment online by visiting www.spservicing.com or by using this payment coupon.

SELECT PORTFOLIO SERVICING, INC.
P.O. BOX 65450
SALT LAKE CITY, UT 84165-0450

**Escrow Payment Coupon**

Select Portfolio Servicing, Inc.
RICHARD FUAD ELAMIN
15286 SW 178TH TER,
MIAMI, FL 33187
Account No: ▮▮▮▮▮▮▮▮

**Total Amount Enclosed:** _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                    CHAPTER 13

RICHARD FUAD ELAMIN

                                                                          CASE No.   16-26362-AJC

                    DEBTOR(S).
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on __March 17__, 2021, the Notice of Mortgage Payment Change was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Laila S. Gonzalez, Esq.
10691 N Kendall Dr., Suite 207
Miami, FL 33176
courtdoc@fgbkc.com

Gianny Blanco
10691 N Kendall Dr., Suite 207
Miami, FL 33176
courtdoc@fgbkc.com

Nancy K. Neidich
POB 279806
Miramar, FL 33027

and on __March 17, 2021__ a true and correct copy was mailed to the non-CM/ECF participants listed below:

Our Case #: 15-002476-PCN4\16-26362-AJC\SPS

Richard Fuad Elamin
15286 SW 178 Terrace
Miami, FL 33187

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                          **Tromberg, Morris & Poulin, PLLC**

**BY:** /s/ Iris Kwon
Attorney for Secured Creditor
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 115140
ecf@tmppllc.com
ikwon@tmppllc.com

Our Case #: 15-002476-PCN4\16-26362-AJC\SPS